# EXHIBIT A

| DEFENDANT | SCREENSHOTS |
|---|---|
| BELK | www.belk.com/p/white-mark-v-neck-floral-print-maxi-dress/0438761949366.html  |

2



2

| FINGERHUT | www.fingerhut.com/product/NSE5K.uts  |
| --- | --- |



| BEYOND | www.beyondstyle.us/prod/white-mark-womens-vneck-floral-print-maxi-dress  |
|---|---|

| BOSCOV'S | www.boscovs.com/product/womens-white-mark-v-neck-floral-print-midi-dress/812908 |
|---|---|
| |  |

| JCPENNEY | https://www.jcpenney.com/p/white-mark-womens-sleeveless-floral-sundress/ppr5008431591 |
| --- | --- |
| |  |

| SHOPHQ | https://www.shophq.com/Product/white-mark-v-neck-floral-print-maxi-dress/775-060  |



| KOHL'S | https://www.kohls.com/product/prd-6877976/womens-v-neck-floral-print-maxi-dress.jsp  |
| --- | --- |



| LYST | https://www.lyst.com/clothing/white-mark-v-neck-floral-print-maxi-dress/  |
| --- | --- |



| MACY'S | https://www.macys.com/shop/product/white-mark-womens-v-neck-floral-print-maxi-dress |
|---|---|
| |  |

14

| MODESENS | https://modesens.com/product/white-mark-women-v-neck-floral-print-maxi-dress-black-98059228/<br><br>https://modesens.com/product/white-mark-women-v-neck-floral-print-maxi-dress-cream-98059661/<br><br>https://modesens.com/product/white-mark-women-v-neck-floral-print-maxi-dress-orange-98059098/<br><br> |
| --- | --- |

15

| TARGET | https://www.target.com/p/white-mark-women-s-v-neck-floral-print-maxi-dress-black-large/-/A-91024110 |
| --- | --- |
| |  |

| SEARS | https://www.sears.com/white-mark-women-s-v-neck-floral-print-maxi-dress/p-A124713139 |
| --- | --- |
| |  |

| TUESDAY |  |
| --- | --- |

| WHITE MARK | https://www.whitemarkfashion.com/products/womens-v-neck-floral-print-maxi-dress<br> |
|---|---|

19