Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOCIATES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WHITE MARK UNIVERSAL INC., et al.<br><br>Defendants. | Case No.: 2:25-cv-02979-AS<br>*Hon. Alka Sagar Presiding*<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT BOSCOV'S DEPARTMENT STORE, LLC d/b/a "Boscov's,"; DECLARATION OF TREVOR W. BARRETT IN SUPPORT THEREOF** |

- 1 -
REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK OF THIS COURT**:

Plaintiff Neman Brothers & Associates, Inc. ("Neman" or "Plaintiff") hereby requests that the Clerk of this Court enter default in this matter against Defendant Boscov's Department Store, LLC d/b/a "Boscov's," ("Defendant") on the grounds that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Neman served the operative Complaint and Summons on Defendant (Dkt. 15). Multiple stipulations to extend Defendant's answer deadline were filed. Defendant's deadline to answer or otherwise appear was ultimately set for December 3, 2025 (Dkt. 51).  To date, Defendant has not filed a response to the Complaint, and its timing for filing a response has expired and default should be entered. *See* Barrett Decl. ¶¶ 2-5.

Dated: February 5, 2026                    By:    /s/ *Trevor W. Barrett*
                                                  Trevor W. Barrett, Esq.
                                                  Andres Navarro, Esq.
                                                  DONIGER / BURROUGHS
                                                  Attorneys for Plaintiff

REQUEST FOR ENTRY OF DEFAULT

## **DECLARATION OF TREVOR W. BARRETT**

I, Trevor W. Barrett, declare as follows:

1.      I am above eighteen (18) years of age and not a party to this action. I am a partner with Doniger / Burroughs APC and am lead counsel for Plaintiff Neman Brothers & Associates, Inc. ("Neman") in this action. I am able to competently testify to the following if called upon to do so.

2.      Neman has filed this action for copyright infringement against Defendant Boscov's Department Store, LLC d/b/a "Boscov's," ("Defendant").

3.      My firm served the Complaint and Summons in this action on Defendant. Dkt. 15.

4.      Multiple stipulations to extend Defendant's answer deadline were filed. Defendant's deadline to answer or otherwise appear was ultimately set for December 3, 2025. Dkt. 51.

5.      To date, Defendant has not filed a response to the Complaint, and its time period for doing so expired and default should be entered per Fed. R. Civ. P 55(a).

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed in Charleston, South Carolina on February 5, 2026.


By: */s/ Trevor W. Barrett*
       Trevor W. Barrett
       Declarant

REQUEST FOR ENTRY OF DEFAULT