**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NEMAN BROTHERS AND ASSOCIATES, INC.

                         PLAINTIFF(S)

             v.

WHITE MARK UNIVERSAL INC., et al.

                         DEFENDANT(S).

CASE NUMBER:

2:25−cv−02979−AS

**DEFAULT BY CLERK**
**F.R.Civ.P. 55(a)**

It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Transform Sr Holding Management LLC

Borderx Lab Inc.

Tuesday Morning USA, LLC

Kohls, Inc.

Catalyst Brands LLC

Boscovs Department Store, LLC

Bluestem Brands, Inc.

                                        Clerk, U.S. District Court

  February 12, 2026                     By  /s/ *Hana Rashad*
Date                                    Deputy Clerk

CV−37 (10/01)          DEFAULT BY CLERK F.R. Civ.P. 55(a)