Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*
NEMAN BROTHERS & ASSOCIATES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOCIATES, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WHITE MARK UNIVERSAL INC. d/b/a "White Mark," a California corporation, *et al.*,<br><br>    Defendants. | Case No. 2:25-cv-02979-AS<br><br>**STIPULATION TO DISMISS THE ENTIRE ACTION WITHOUT PREJUDICE**<br><br>[No Proposed Order required—Fed. R. Civ. Proc. 41(a)(1)(A)(ii)]<br><br>Action filed: April 4, 2025<br>Scheduling Conf.: April 28, 2026 |

Plaintiff Neman Brothers & Associates, Inc. ("Plaintiff") and defendants White Mark Universal Inc. ("White Mark"); Belk Inc. and Belk Ecommerce LLC (collectively, "Belk"); Kohl's, Inc. ("Kohl's"); Macy's Inc. ("Macy's"); and Target Corporation ("Target"), by and through their undersigned counsel, hereby stipulate as follows with reference to the following facts and events:

WHEREAS, on April 4, 2025, Plaintiff filed its Complaint commencing this civil action;

- 1 -
STIPULATION TO DISMISS THE ENTIRE ACTION WITHOUT PREJUDICE

WHEREAS, on July 8, 2025, Plaintiff dismissed this action against defendant IV Media, LLC d/b/a "ShopHQ";

WHEREAS, on July 25, 2025, White Mark answered the Complaint;

WHEREAS, on September 2, 2025, Plaintiff dismissed Lyst from this action;

WHEREAS, on September 10, 2025, Plaintiff dismissed ModeSens from this action;

WHEREAS, on December 3, 2025, Belk answered the Complaint;

WHEREAS, on January 27, 2026, Macy's answered the Complaint;

WHEREAS, on February 11, 2026, Target answered the Complaint;

WHEREAS, on March 10, 2026, Kohl's answered the Complaint;

WHEREAS, that leaves the following defendants as remaining in this action but not yet appearing in any manner as of the date of this Stipulation: Bluestem Brands, Inc. d/b/a "Fingerhut"; Borderx Lab Inc. d/b/a "BeyondStyle"; Boscov's Department Store, LLC; Catalyst Brands LLC d/b/a "JCPenney"; Transform Sr Holding Management LLC d/b/a "Sears"; and Tuesday Morning USA, LLC d/b/a "Tuesday Morning;"

WHEREAS, the following defendants have answered the Complaint but not been dismissed yet: White Mark, Belk, Macy's, Target, and Kohl's;

WHEREAS, on March 31, 2026, Plaintiff and White Mark entered into a settlement agreement to resolve all claims in the action against all defendants;

WHEREAS, the completion of the settlement terms will require nine (9) months from the date of settlement.

**WHEREFORE, IT IS HEREBY STIPULATED** by Plaintiff and the undersigned defendants who have answered the Complaint and remain in this action, that the entire above-captioned action be dismissed *without* prejudice against all defendants, and with the Court to retain jurisdiction to enforce the parties' settlement agreement made on March 31, 2026.

/ / /

STIPULATION TO DISMISS THE ENTIRE ACTION WITHOUT PREJUDICE

**IT IS SO STIPULATED.**

Dated: April 2, 2026                    By:   */s/ Andres Navarro*
                                              Trevor W. Barrett, Esq.
                                              Andres Navarro, Esq.
                                              Doniger / Burroughs
                                              *Attorneys for Plaintiff*


Dated: April 2, 2026                    By:   */s/ Shanen R. Prout*
                                              Shanen R. Prout, Esq.
                                              Law Office of Shanen R. Prout
                                              *Attorney for Defendant White Mark Universal Inc.*


Dated: April 2, 2026                    By:   */s/ Michael C. Christman*
                                              Michael C. Christman, Esq.
                                              Macy's Law Department
                                              *Attorneys for Defendant Macy's Inc.*


Dated: April 2, 2026                    By:   */s/ Jake Wharton*
                                              Jacob S. Wharton, Esq.
                                              Womble Bond Dickinson US LLP
                                              *Attorneys for Defendants Belk Inc. and Belk Ecommerce LLC*


Dated: April 2, 2026                    By:   */s/ Zachary T. Page*
                                              Zachary T. Page, Esq.
                                              Thompson Hine LLP
                                              *Attorneys for Defendant Target Corporation*


Dated: April 2, 2026                    By:   */s/ Jennifer L. Gregor*
                                              Jennifer L. Gregor, Esq.
                                              Godfrey and Kahn SC
                                              *Attorneys for Defendant Kohl's Inc.*

STIPULATION TO DISMISS THE ENTIRE ACTION WITHOUT PREJUDICE

Pursuant to Civil L.R. 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 2, 2026                    By:    */s/ Andres Navarro*
                                               Andres Navarro
                                               DONIGER / BURROUGHS
                                               *Attorneys for Plaintiff*

- 4 -
STIPULATION TO DISMISS THE ENTIRE ACTION WITHOUT PREJUDICE